762 A.2d 1085

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Cyrus R. SANDERS, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued May 2, 2000.

Decided Dec. 22, 2000.

Theodore Hinckley, Helen A. Stolinas, Public Defender's Office, for Cyrus R. Sanders, Jr.

George P. Skumanick, Special Deputy Atty. Gen., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.